The Honorable Thomas S. Zilly

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DEREK ANDREW, INC., ) | CIVIL ACTION NO. C05-1136Z |
| Plaintiff, ) | |
| ) | ORDER GRANTING PLAINTIFF'S |
| v. ) | MOTION FOR RELIEF FROM TIME |
| ) | LIMIT SET BY FED. R. CIV. P. 26(f) |
| POOF APPAREL CORPORATION, ) | |
| ) | |
| Defendant. ) | |

This Court having considered Plaintiff Derek Andrew, Inc.'s Motion for Relief from the Time Limit Set by Fed. R. Civ. P. 26(f), and having considered all documents and evidence submitted in support and in opposition thereto,

NOW, THEREFORE, it is ordered that Plaintiff Derek Andrew, Inc.'s Motion for Relief from the Time Limit Set by Fed. R. Civ. P. 26(f) IS GRANTED. Derek Andrew may commence discovery to seek information necessary to quantify damages.

DATED this 12th day of October, 2005.

_____
THE HONORABLE THOMAS ZILLY

[Proposed] Order - 1

SEA 1691836v1 66284-64
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington 98101-1688
(206) 622-3150 · Fax: (206) 628-7699

Presented by:

Davis Wright Tremaine LLP
Attorneys for Plaintiff Derek Andrew, Inc.

By /s/ Brian G. Bodine
Brian G. Bodine, WSBA #22414
2600 Century Square
1501 Fourth Avenue
Seattle, WA 98101-1688
Telephone: (206) 628-7623
E-mail: brianbodine@dwt.com

[Proposed] Order - 2
SEA 1691836v1 66284-64
Seattle

Davis Wright Tremaine LLP
LAW OFFICES
2600 Century Square · 1501 Fourth Avenue
Seattle, Washington  98101-1688
(206) 622-3150 · Fax: (206) 628-7699