# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| DEREK ANDREW, INC, <br><br> Plaintiff, <br><br> vs. <br><br> POOF APPAREL CORP., and WET SEAL GC, INC. Et al., <br><br> Defendant. | C05-1136 JPD <br><br> **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court will hear argument on the *Plaintiff's Motion for Relief from Discovery Deadline* (dkt #34) on <u>Tuesday, October 10, 2006 at 4:15pm.</u> The hearing will be held in Courtroom 12A, U.S. Courthouse, Seattle, Washington. The Court has reserved one hour to hear this matter.

Dated this 4th day of October , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**