UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK ANDREW, INC., ) | |
| ) | Case No. C05-1136-JPD |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER DENYING PLAINTIFF'S |
| ) | MOTION FOR RECONSIDERATION |
| POOF APPAREL CORPORATION, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

The present matter comes before the Court upon the plaintiff's motion for reconsideration of this Court's Order Denying Plaintiff's Motion for Relief from Discovery Deadline (Dkt. No. 42). The Court has reviewed plaintiff's motion for reconsideration (Dkt. No. 44). Pursuant to Local Rules W.D. Wash. CR 7(h)(1), motions for reconsideration are disfavored, and will ordinarily be denied unless there is a showing of (a) manifest error in the prior ruling, or (b) facts or legal authority which could not have been brought to the attention of the Court earlier, through reasonable diligence. Because plaintiff has not made either showing, its motion for reconsideration (Dkt. No. 44) is DENIED.

DATED this 17th day of October, 2006.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge