# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| DEREK ANDREW, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>POOF APPAREL CORPORATION, )<br>)<br>Defendant. ) | **C05-1136 JPD**<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Court hereby schedules a STATUS CONFERENCE, by telephone, for:

*Thursday, November 16, 2006 at 1:30pm*

Counsel are directed to contact and advise the deputy clerk of who will participate, and at what telephone number the individual parties can be reached.

Dated this 13th day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**