# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| DEREK ANDREW, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) | **C05-1136 JPD** |
| POOF APPAREL, ) <br> ) <br> Defendant. ) | **MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

The Motion to File an Overlength Brief (dkt #61) is GRANTED.

Pursuant to the Oral Stipulation of Counsel, the jury demand is withdrawn, and this matter will proceed to hearing on December 4, 2006, at 9:00am, in Courtroom 12A, to the Court.

The Final Pretrial Conference remains as previously scheduled on Wednesday, November 29, 2006, at 10:00am, in Courtroom 12B.

Dated this 22nd day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**