THE HONORABLE JAMES P. DONOHUE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK ANDREW, INC., a Washington corporation,<br><br>        Plaintiff,<br><br>        v.<br><br>POOF APPAREL CORPORATION, a New York corporation; THE WET SEAL, INC., a Delaware corporation, and WET SEAL GC, INC., a Virginia corporation,<br><br>        Defendants. | Case No.:  C05-1136-JPD<br><br>STIPULATION AND ORDER<br><br>**Clerk's Action Required** |

## I.  STIPULATION

Pursuant to Fed. R. Civ. P. 41(a) and (c), Defendants/Cross Claim Plaintiffs The Wet Seal, Inc. and Wet Seal GC, Inc. ("The Wet Seal Defendants") on the one hand, and Defendant/Cross Claim Defendant Poof Apparel Corporation, on the other, by stipulation hereby dismiss with prejudice The Wet Seal Defendants' cross-claim for indemnification and negligent misrepresentation against Defendant Poof Apparel Corporation.

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1        The matter between the parties has been settled.

2        DATED this 29th day of November, 2006.

3    STOKES LAWRENCE, P.S.                    MANN LAW GROUP

4

5    By:  /s/  SHANNON M. JOST                By:  /s/  PHILLIP P. MANN
         Shannon M. Jost (WSBA #32511)            Phillip P. Mann (WSBA #28860)
6    Attorneys for Defendants The Wet Seal, Inc.  Attorneys for Defendant Poof Apparel
     and Wet Seal GC, Inc.                        Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

2

**II.   ORDER**

3

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants The Wet

4

Seal, Inc., and Wet Seal GC, Inc.'s cross-claim against Defendant Poof Apparel Corporation is

5

dismissed with prejudice.

6

DATED this 29th day of November, 2006.

7

8

9

/s/  JAMES P. DONOHUE
The Honorable James P. Donohue

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER - C05-1136-JPD

43756-001 \ Poof Apparel Stip and Ord.doc          -3-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

I hereby certify that on November __, 2006, I caused the foregoing Stipulation and Order of Dismissal of Cross-Claim Against Poof Apparel Corporation to be:

4

☒    electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

5

6

Brian G Bodine, brianbodine@dwt.com

7

Philip P Mann, mannlaw@comcast.net

8

☒    mailed by first class United States mail, postage prepaid, to the following:

9

Lacy H Koonce , III
Davis Wright Tremaine LLP
1633 Broadway - 27th Floor
New York, NY  10019

10

11

Elisa L Miller
Davis Wright Tremaine LLP
1633 Broadway - 27th Floor
New York, NY  10019

12

13

14

15

Shannon M. Jost (WSBA #32511)
Stokes Lawrence, P.S.
800 Fifth Avenue, Suite 4000
Seattle, WA  98104
(206) 626-6000
Fax:  (206) 464-1496
shannon.jost@stokeslaw.com
Attorneys for Defendants THE WET SEAL,
INC. and WET SEAL GC, INC.

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER - C05-1136-JPD

43756-001 \ Poof Apparel Stip and Ord.doc    -4-

**STOKES LAWRENCE, P.S.**
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000